UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH, | No. 2:15-cv-0288 GEB KJN P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| E. VALENZUELA, | |
| Respondent. | |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

      Petitioner challenges the 2012 decision by Governor Brown to reverse the 2011 decision by the Board of Parole Hearings finding petitioner suitable for parole. Petitioner was convicted in Orange County. Petitioner is incarcerated at the California Men's Colony located in San Luis Obispo County. San Luis Obispo County is located within the jurisdiction of the United States District Court for the Central District of California.

      Statutory provisions permit the filing of a habeas petition challenging a conviction in the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). Such a petition should generally be decided by the district in which the conviction was sustained. <u>Laue v. Nelson</u>, 279 F.Supp. 265, 266 (C.D.Cal. 1968). However, when the petition is directed to the manner in which

1

a sentence is being executed, such as a claim concerning parole or time credits, the district of confinement is the preferable forum.  <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).

     For the reasons set forth above, the most appropriate forum for the instant action is the district where petitioner is confined.  Therefore, in the interest of justice, this action will be transferred to the United States District Court for the Central District of California.  The undersigned apologizes for the delay in making the determination that this action should be transferred.  However, for the reasons discussed above, the decision to transfer this action is appropriate.

     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

     1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

     2.  This matter is transferred to the United States District Court for the Central District of California.

Dated:  December 11, 2015

                                                        */s/ Kendall J. Newman*
                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE

Vonstaich.tra