UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH,<br>Petitioner<br>v.<br>E. VALENZUELA, WARDEN,<br>Respondent. | Case No. SACV 15-2079-DDP (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Accepting Findings And Recommendations Of United States Magistrate Judge; Declaring Petitioner To Be A Vexatious Litigant; and Entering Pre-Filing Order,

IT IS ADJUDGED THAT this action is dismissed as follows: Grounds Three, Four, Five, Eighteen, Twenty-One, and Twenty-Two of the operative habeas petition [Dkt. 17, "Petition"] are dismissed with prejudice; Grounds Seven, Nine, Nineteen, Twenty, and Twenty-Three of the Petition are dismissed with prejudice to the extent that they rest on the October 2, 2014 Order discussed in the Report and Recommendation of August 30, 2017 [Dkt. 67] and without prejudice to the extent that they challenge the Governor's February 10, 2012 decision discussed in the

Report; and Grounds One, Two, Six, Eight, Ten through Seventeen, Twenty-Four, and Twenty-Five of the Petition are dismissed without prejudice.

DATED: 11-5-18

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE